# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SIDNEY NOWDEN                                                                                    PLAINTIFF

v.                                    NO. 5:16-cv-00044 PSH

CAROLYN W. COLVIN, Acting Commissioner                                           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 23rd day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE